**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DWAYNE SEVERIO** | § § | **DOCKET NO. 23-cv-01063** |
| **Versus** | § § | **JUDGE: SHELLY D. DICK** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | § § § | **MAGISTRATE: SCOTT D. JOHNSON** |

## MOTION TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Dwayne Severio, (hereinafter referred to as "Plaintiff"), who respectfully submits the following Motion to Enroll Counsel of Record as follows:

Plaintiff respectfully requests this Honorable Court enter an order enrolling Attorney Mark Richard Ladd as lead counsel on behalf of the Galindo Law Firm, in the above-captioned matter. Attorney Ladd is a member of the Louisiana State Bar, and whose membership with the United States District Court, Middle District of Louisiana, is in good standing.

**WHEREFORE,** Plaintiff, Dwayne Severio, prays that this Honorable Court grant Plaintiff's Motion to Enroll as Counsel of Record, and enrol Mark Richard Ladd as lead counsel for Plaintiff. Accordingly, Counsel further requests that upon granting of this Motion all pleadings, papers, and other documents be served on Mark R. Ladd at the following email addresses mark@galindolaw.com, and hurricane@galindolaw.com.

Respectfully Submitted:

/s/ Mark R. Ladd
Mark R. Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 71 3-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEY FOR THE PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that Plaintiff has been notified of all deadlines and pending court appearances, and the foregoing pleading has been delivered to Plaintiff via certified mail, and counsels of record, through the CM/ECF system, depositing a copy of same in the United States mail, first-class postage prepaid, by hand delivery, email, or by facsimile transmission, this October 11, 23.

      */s/ Mark R. Ladd*
      Mark R. Ladd